# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| ESTATE OF LARRY HOSTETTER and JENNIFER HOSTETTER, § § § Plaintiffs, § § v. § § ROBERT GILLOCK, Individually, § and CITY OF NOCONA, TEXAS, § § Defendants. § | Civil Action No. 7:17-cv-00006-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 29. No objections were filed, and the Magistrate's recommendation is ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and hereby accepts them as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 5 and 12) are **DENIED** without prejudice as **MOOT**.

**SO ORDERED** on this **11th day** of **April, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE