IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JENNIFER HOSTETTER, Individually and as Administratrix of the Estate of Larry Hostetter, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-cv-00006-O |
| ROBERT GILLOCK, Individually, and CITY OF NOCONA, TEXAS, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Findings, Conclusions, and Recommendation, May 2, 2017, ECF No. 50. Defendant Robert Gillock filed objections. *See* Def.'s Obj. FCR, ECF No. 51. The Magistrate Judge recommends that the Court deny Defendant Gillock's Motion to Dismiss and deny in part and grant in part Defendant City of Nocona's Motion to Dismiss. The Court has concluded a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 50) should be and is hereby **ACCEPTED** and Defendant Gillock's objections **OVERRULED**.

Accordingly, it is **ORDERED** that Defendant Gillock's Motion to Dismiss (ECF No. 30) is **DENIED**, Defendant the City of Nocona's Motion to Dismiss (ECF No. 33) is **GRANTED in**

**part** and **DENIED in part**, and Plaintiff's claims against the City of Nocona are **DISMISSED with prejudice**.

**SO ORDERED** on this **1st day** of **June, 2017.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE